IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE | : CIVIL ACTION |
| | : |
| v. | : NO. 24-6900 |
| | : |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, CIGNA CORPORATION, THE CIGNA GROUP | : : : |

# ORDER

**AND NOW**, this 17th day of March 2025, following our February 13, 2025 Order (DI 13) beginning discovery and today's Initial Pretrial Videoconference, it is **ORDERED**:

1. The parties shall file a status report no later than **April 16, 2025**.[1]

2. All fact discovery shall be completed no later than **September 15, 2025**.

3. Affirmative expert reports shall be served no later than **August 11, 2025**. Responsive expert reports, if any, shall be served no later than **September 8, 2025**. Expert depositions, if any, shall be concluded no later than **September 15, 2025**.

4. Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and damages shall, at the time required for submission of information and/or reports for expert witnesses on liability and damages set forth in the preceding paragraph, serve opposing parties with concise details and/or documents covering the lay opinions of the Rule 701 witnesses, including the identity of each witness offering the expert opinion, the substance and the basis for each opinion.

---

[1] During today's hearing, the parties indicated that they are seriously engaged in resolution discussions (and gave very good reasons to believe that). To that end, we are providing a modestly extended schedule along with a request for a status report. We will forbear ruling on the pending motion for judgment on the pleadings unless and until we hear further argument.

5. Motions for summary judgment and *Daubert* motions shall be filed no later than **September 29, 2025**. Responses shall be filed no later than **October 14, 2025**. Motions for summary judgment and responses shall be filed in the form prescribed in Judge Murphy's Scheduling and Motion Policies and Procedures.

6. Further dates will be scheduled as needed, at a later time.

7. Counsel shall follow Judge Murphy's Policies and Procedures which can be found at www.paed.uscourts.gov.

_____
**MURPHY, J.**