IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE** | : CIVIL ACTION |
| | : |
| v. | : NO. 24-6900 |
| | : |
| **CIGNA HEALTH AND LIFE INSURANCE COMPANY, CIGNA CORPORATION, THE CIGNA GROUP** | : |

# ORDER

**AND NOW**, this 17th day of March 2025, upon consideration of the motion of plaintiff to proceed anonymously (DI 2), any response thereto, and following our videoconference held today with counsel, it is **ORDERED** that plaintiff's motion (DI 2) is **GRANTED**.[1]

It is **FURTHER ORDERED**:

1. Plaintiff is permitted to file the Complaint so that the caption reflects the name of the Plaintiff as, "Jane Doe";

2. The parties shall file any and all pleadings and other documents with the Court using, "Jane Doe," for Plaintiff's name, and/or shall redact any pleadings and other documents filed of Plaintiff's name;

3. Plaintiff is permitted to redact Plaintiff's address from the Complaint, and any amendment thereto.

**MURPHY, J.**

---

[1] We conclude that plaintiff has shown a reasonable fear of severe harm, and that, in this case, plaintiff's "interest and fear" outweigh the "public's strong interest in an open litigation process." *See Doe v. Megless*, 654 F.3d 404, 408 (3d Cir. 2011). In reaching this conclusion, we considered the nine factors outlined by the Third Circuit in *Megless* and determined that the factors in favor of anonymity outweigh those disfavoring it. *See id.* at 409 (citing *Doe v. Provident Life and Acc. Ins. Co.*, 176 F.R.D. 464, 467 (E.D. Pa. 1997)).