IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-6900 |
| | : | |
| **CIGNA HEALTH AND LIFE INSURANCE COMPANY, CIGNA CORPORATION, THE CIGNA GROUP** | : : : | |

# ORDER

**AND NOW**, this 16th day of April 2025, upon considering the parties' joint status report (DI 24), it is **ORDERED** the parties shall file a status report no later than **May 14, 2025**.[1]

MURPHY, J.

---

[1] Counsel shall be aware that case deadlines will not be further extended because of settlement discussions. That was already accommodated in the initial scheduling order.